IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                      Criminal Action No.
                                         23-00046-01-CR-W-HFS

DIEGO RUIZ-BIBIAN,

                Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Count 1    Possession with Intent to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

**TRIAL COUNSEL**:
      Government: Trey Alford, paralegal may assist
        Case Agent:   DEA Special Agent Brandon Soles
      Defense: Angela Williams and second chair

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
      Government:   7 with stipulations; 9 without stipulations
      Defense:     1 witness, including Defendant who may testify

**TRIAL EXHIBITS**:
      Government: 50 exhibits
      Defense: 10 exhibits

**DEFENSES**:
      ( x )    defense of general denial
      (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      (  ) Definitely for trial                (  ) Possibly for trial
      (  ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**:   **2.5   days**
    Government's case including jury selection: 2 days
    Defense case: .5 day

**STIPULATIONS**:
    (  )   not likely
    (  )   not appropriate
    ( x )  likely as to:
        ( x )   chain of custody
        ( x )   chemist's reports
        (  )    prior felony conviction
        (  )    interstate nexus of firearm
        (  )    other: _____

**UNUSUAL QUESTIONS OF LAW**:   None


**FILING DEADLINES:**

   **Witness and Exhibit Lists**:
   Government: October 16, 2023
   Defense: October 16, 2023
   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions**: October 16, 2023
   **Jury instructions must comply with Local Rule 51.1**

   **Motions in Limine**: October 16, 2023


**TRIAL SETTING**: Criminal jury trial docket commencing October 30, 2023.
    **Please note**:   *There are no conflicts either week of the docket.*

**OTHER**:
    ( x )   A Spanish speaking interpreter is required.
    (  )    Other assistive devices: _____

   **IT IS SO ORDERED.**

                                            */s/ Jill A. Morris*
                                            JILL A. MORRIS
                                            United States Magistrate Judge